# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FOREMOST INSURANCE COMPANY GRAND RAPIDS, MICHIGAN,<br><br>    Plaintiff,<br><br>v.<br><br>ALLSTATE INSURANCE COMPANY and DOES 1 through 10 inclusive,<br><br>    Defendants. | Case No. 5:23-cv-02557-AH-(SHKx)<br><br>**FINAL JUDGMENT  [JS-6]** |

1  The Court, having considered the papers and all other matters presented and
2  accepted by the Court, DENIED Defendant Allstate Insurance Company's
3  ("Defendant") Motion for Summary Judgment and GRANTED Plaintiff Foremost
4  Insurance Company Grand Rapids, Michigan's ("Plaintiff") Cross-Motion for
5  Summary Judgment, as outlined in the Court's Order.
6  IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that:
7  1. Defendant's Motion for Summary Judgment is DENIED.
8  2. Plaintiff's Cross-Motion for Summary Judgment is GRANTED.
9  3. Judgment is hereby entered in favor of Plaintiff and against Defendant.
10  This is a final judgment.

Dated: May 8, 2025

*[signature: Anne Hwang]*

HON. ANNE HWANG
UNITED STATES DISTRICT JUDGE